IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARCUS A. CANADA,

                                       **CASE NO. 2:16-CV-00103**

      Petitioner,             **JUDGE JAMES L. GRAHAM**

                                         **MAGISTRATE JUDGE KING**

      v.

WARDEN, NOBLE
CORRECTIONAL INSTITUTION,

      Respondent.

## ORDER

On October 21, 2016, the Magistrate Judge recommended that Respondent's *Motion to Dismiss without Prejudice for Failure to Exhaust* (ECF No. 8) be granted and that this action be dismissed.  *Report and Recommendation* (ECF No. 10).  Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 10) is **ADOPTED** and **AFFIRMED.** Respondent's *Motion to Dismiss without Prejudice for Failure to Exhaust* (ECF No. 8) is **GRANTED**.  This action is hereby **DISMISSED** without prejudice as unexhausted.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

Date: November 28, 2016

                                      s/James L. Graham

                                   _____

                                   **JAMES L. GRAHAM**
                                   **United States District Judge**